In the Matter of RAYMOND C. INGERSOLL, Appellant, against WILLIAM J. HEFFERNAN et al., Constituting the Board of Elections of the City of New York, et al., Respondents.

Argued July 2, 1947; decided July 2, 1947.

*Hyman N. Glickstein, Samuel M. Blinken* and *Sidney Fox* for appellant.

*Charles E. Murphy, Corporation Counsel (Russell L. Tarbox* of counsel), for William J. Heffernan and others, constituting the Board of Elections of the City of New York, respondents.

*Jacob Markowitz, George Gordon Battle, Irving Mariash, Edward J. Ennis* and *Abraham Rotwein* for William Croker, objector, respondent.

*Louis J. Lefkowitz* and *Paxton Blair* for The New York Republican County Committee, *amicus curiæ,* in support of respondents' position.

*John Braun, Matthew M. Levy* and *Benjamin Gassman* for the Liberal Party, *amicus curiæ,* in support of respondents' position.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.